367 A.2d 704.

HENRY D'AGOSTINO *et al. vs.* JOSEPH E. DOORLEY, JR. *et al.*

JANUARY 17, 1977.

PRESENT: Bevilacqua, C.J., Paolino, Joslin, Kelleher and Doris, JJ.

PER CURIAM. The court being equally divided, the judgment of the Superior Court is affirmed.

Motion for reargument filed by plaintiffs is granted.

*John Quattrocchi, Jr.,* for plaintiffs.

*Louis A. Mascia,* City Solicitor, *V. Paul McGinn,* Asst. City Solicitor, for defendants. *Tillinghast, Collins & Graham, John J. Partridge,* for Rhode Island Concrete Pipe Company and Edward C. Carmen, Jr. Inc.